**FILED**
09-04-08
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **08CR 698** |
| ) | |
| v. ) | |
| ) | Violations: Title 18, United States Code, |
| TERRENCE BOYKIN, ) | Sections 2113(a) and 924(c) |
| also known as "Bump J" ) | |
| ) | **INDICTMENT** JUDGE NORGLE |
| ) | |

COUNT ONE    MAGISTRATE JUDGE COX

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about January 4, 2007, at Oak Park, in the Northern District of Illinois, Eastern Division,

TERRENCE BOYKIN,
also known as "Bump J,"

defendant herein, by force and intimidation, did take from the person and presence of a bank employee approximately $108,135 in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, 800 Madison Street, Oak Park, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).



## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 4, 2007, at Oak Park, in the Northern District of Illinois, Eastern Division,

TERRENCE BOYKIN,
also known as "Bump J,"

defendant herein, knowingly possessed a firearm in furtherance of, and used and carried that firearm during and in relation to, a crime of violence, for which he may be prosecuted in a court of the United States, namely a violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY